IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| Petitioner, | ) | 8:16CV388 |
| v. | ) | |
| NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

IT IS ORDERED that the Petition for Writ of Habeas Corpus is dismissed without prejudice for failure to file an amended petition.

DATED this 5th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge